IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JARELL D. TERRY**                                                                                          **PLAINTIFF**
ADC #114867

v.                                    **CASE NO. 2:21-CV-00101-BSM**

**ANTHONY JACKSON,** *et al.*                                                                **DEFENDANTS**

## ORDER

Having reviewed the entire record *de novo*, Magistrate Judge Joe J. Volpe's recommended disposition [Doc. No. 4] is adopted, and Jarell Terry's complaint [Doc. No. 2] is dismissed without prejudice. An *in forma pauperis* appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 14th day of October, 2021.

_____
UNITED STATES DISTRICT JUDGE