# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**JARELL D. TERRY**                                                                                    **PLAINTIFF**
ADC #114867

v.                                         **CASE NO. 2:21-CV-00101-BSM**

**ANTHONY JACKSON,** *et al.*                                                        **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 14th day of October, 2021.


_____
UNITED STATES DISTRICT JUDGE